UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PATRICIA ALEXANDER, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-00161 |
| | § | |
| UNITED STATES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Plaintiffs' Motion for Jury Trial (D.E. 19), along with the Response of Defendant United States (D.E. 24). After due consideration, the Motion is GRANTED.

Also before the Court is the Plaintiffs' Motion to Amend Joint Discovery/Case Management Plan (D.E. 20), along with the Response of Defendant United States (D.E. 26). After due consideration, the Court DENIES the Motion as moot and grants leave to the Plaintiffs to seek from the Defendants the desired depositions pursuant to ordinary discovery procedures.

Further before the Court is the Plaintiffs' Motion for Summary Judgment (D.E. 31) and the Response of Defendant United States (D.E. 36). After due consideration, the Motion is DENIED.

ORDERED this 11th day of February, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE