UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Patricia A. Alexander | § | |
| David W. Alexander | § | |
|     Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:12-CV-161 |
| | § | |
| UNITED STATES OF AMERICA | § | |
|     Defendant | § | |

## ADR PROVIDER'S REPORT

COMES NOW, David Walsh, as the ADR Provider in the above referenced case, and pursuant to Local Rule 16.4.K(2) hereby files his ADR Provider's Report regarding the Court ordered mediation that occurred in my office on Monday. March 4, 2013, and he would state as follows:

**Persons in attendance:**

*Pro Se Plaintiffs:*
Ms. Patricia Alexander
Mr. David Alexander
14214 Punta Bonaire Dr.
Corpus Christi, TX, 78418
(512) 799-7673 or (361) 877-0054

*Attorney for Defendant United States of America:*
Mr. Thomas M. Herrin
U.S. Department of Justice - Tax Division
717 N. Harwood, Ste. 400
Dallas, Texas 75201
(214) 880-9745

**Type of case:**

The type of case was a lawsuit seeking civil damages for alleged unauthorized collection actions by the Internal Revenue Service for the years 2005 and 2006 as to Patricia Alexander formerly known as Patricia Pope.

1

**ADR Provider:**

David Walsh
Walsh Law Firm
711 N. Carancahua Street, Suite 1800
Corpus Christi, Texas 78401
(361) 882-2088

**ADR method used:**

Mediation

**Status of case at the conclusion of the ADR:**

Case did not settle

**Fee paid to the ADR Provider:**

A half day mediation was used, and the fees charged were $375 per party for a total of $750.

**Comments:**

So as to encourage settlement, the ADR Provider has offered the parties the opportunity to return in the future for a half day mediation in this case without incurring any additional charges.

      WHEREFORE, PREMISES CONSIDERED, the ADR Provider hereby files, pursuant to Local Rule 16.4.K(2), his ADR Provider's Report regarding the Court ordered mediation that occurred on Monday. March 4, 2013.

      DATED this 5th day of March, 2013.

      Respectfully submitted,

      WALSH LAW FIRM
      711 N. Carancahua Street, Suite 1800
      Corpus Christi, Texas 78401
      Tel: 361-882-2088
      Fax: 361-882-2184
      dwalsh@walshlawcc.com

      By    */s/ David Walsh*
         DAVID WALSH
         Texas State Bar Number 00786327

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing ADR Provider's Report has been forwarded to the parties listed below on this the 5th day of March, 2013, by U.S. Mail.

Ms. Patricia Alexander
Mr. David Alexander
14214 Punta Bonaire Dr.
Corpus Christi, TX, 78418

Mr. Thomas M. Herrin
U.S. Department of Justice - Tax Division
717 N. Harwood, Ste. 400
Dallas, Texas 75201

                                                         _____*/s/ David Walsh*_____
                                                         DAVID WALSH