IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| PATRICIA ALEXANDER, ET AL., <br> Plaintiffs, | ) <br> ) <br> ) |
| v. | ) CIVIL NO. 2:12-cv-161 <br> ) |
| UNITED STATES OF AMERICA, <br> Defendant. | ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL

The parties stipulate that this case be dismissed with prejudice. Except as agreed, the parties will bear their respective costs, including any possible attorney fees or other expenses of litigation.

/s/ Thomas M. Herrin
THOMAS M. HERRIN
Attorney, Tax Division
State Bar No. 09533500
JOSHUA SMELTZER
Attorney in Charge for Defendant
Maryland Bar (admitted - 28 U.S.C. § 517)
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(Tel.) (214) 880-9745
(Fax.) (214) 880-9742

**ATTORNEYS FOR THE
UNITED STATES OF AMERICA**

PATRICIA ALEXANDER  3/20/13
*Pro Se*

DAVID ALEXANDER  3-20-13
*Pro Se*

14214 Punta Bonaire Dr.
Corpus Christi, Texas 78418
(361) 877-0054
(512) 799-7673

## **CERTIFICATE OF SERVICE**

It is CERTIFIED that the foregoing STIPULATION OF DISMISSAL was served on June 20, 2013, via ECF filing and via U.S. Mail, postage pre-paid, addressed as follows:

Patricia Alexander
David Alexander
14214 Punta Bonaire Drive
Corpus Christi, Texas 78418

/s/ Joshua Smeltzer
JOSHUA D. SMELTZER